# United States District Court

### for

### District of New Jersey

### Report on Offender Under Supervision

Name of Offender: Shirley Bass

Cr.: 11-00796-001
PACTS #: 62217

Name of Sentencing Judicial Officer: Honorable William J. Martini

Date of Original Sentence: 09/06/12

Original Offense: Conspiracy to Distribute Oxycodone

Original Sentence: Time Served; 3 years Supervised Release

Type of Supervision: Supervised Release          Date Supervision Commenced: 09/06/12

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On September 23, 2012, the offender tested positive for opiates. She admitted drug use on September 22, 2012 and signed admission of drug use form. |

U.S. Probation Officer Action:

Shirley Bass will continue to participate in outpatient treatment. The probation office will increase random drug testing. If her drug use continues, we will pursue additional alternatives for substance abuse testing and treatment if deemed necessary.

Respectfully submitted,

By: Elisa Martinez
U.S. Probation Officer
Date: 09/27/12

---

*The Court's endorsement of this petition will serve as a official written reprimand to the offender, unless the Court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

10 / 11 / 12
Date